**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

UNITED STATES OF AMERICA,          :
                                      :

                   Government,       :       23 CR. 265 (RMB)
                                        :

          - against -           :       **ORDER**
                                        :

KYLE EMORDI,                        :
KEITH EMORDI,                      :
AMADOU TIDIANE BA,             :
MOHAMED NABIL ELIKPLIM AKINOTCHO,  :
                 Defendant(s).    :
----------------------------------------------------------------x

       The arraignment/initial conference is scheduled for Tuesday, July 11, 2023 at

2:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 671 313 010#

Dated: July 6, 2023
      New York, NY

                                 *Richard M. Berman*
                               **RICHARD M. BERMAN**
                                  **U.S.D.J.**