# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2103
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y 10007

September 8, 2023

Re: United States v. Kyle Emoradi
23-CR-265 (RMB)

Dear Judge Berman:

I represent Kyle Emordi pursuant to the Criminal Justice Act. If the Court intends to conduct a status conference on September 13, 2023 I am requesting permission for my client to appear by phone or video. Kyle Emordi lives in Texas and has no objection to this request.

Thank you for your time and consideration in this matter.

_____/S/_____
John Burke Attorney for Kyle Emordi

Application granted.

SO ORDERED:
Date: 9/8/2023
Richard M. Berman, U.S.D.J.