**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                   Government,          :          23 CR. 265 (RMB)
                                           :
     - against -                         :          **ORDER**
                                           :
KEITH EMORDI, KYLE EMORDI,                 :
AMADOU TIDIANE BA,                         :
MOHAMED NABIL ELIKPLIM AKINOTCHO.,         :
                                           :
                   Defendant(s).        :
------------------------------------------------------------------x

The status conference is scheduled for Wednesday, November 8, 2023 at 10:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 382 035 792#

Dated: November 1, 2023
       New York, NY

                                               _____
                                               **RICHARD M. BERMAN**
                                                       U.S.D.J.