JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2103
Brooklyn, New York   11242
Tel: (718) 875-3707
Fax: (718) 875-0053

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y 10007

November 1, 2023

        Re:    <u>United States v. Kyle Emoradi</u>
              23-CR-265 (RMB)

Dear Judge Berman:

    I represent Kyle Emordi pursuant to the Criminal Justice Act. The Court intends to conduct a status conference on November 8, 2023. I am requesting permission for my client to appear by phone or video. Kyle Emordi works full time, lives in Texas and has no objection to this request.

    Thank you for your time and consideration in this matter.

                                               /S/
                                <u>John Burke Attorney for Kyle Emordi</u>

---

*Defendant may appear remotely on 11/8/23 at 10:30 a.m.*

SO ORDERED:
Date: 11/1/23   /s/ Richard M. Berman
                    Richard M. Berman, U.S.D.J.