# JOHN M. BURKE

Attorney at Law

26 Court Street – Suite 2103
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053
December 28, 2023

Honorable Richard M. Berman
United States District Judge
Danial Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                      Re: USA v. Ndama-Traore, et al. (Kyle Emordi)
                      23-cr-265 (RMB)

Dear Judge Berman:

    I represent Kyle Emordi pursuant to the Criminal Jusstice Act ("CJA"). We have a status conference scheduled before Your Honor on January 10, 2024. Kyle Emordi resides in Texas. I am respectfully requesting that Your Honor allow my client Kyle Emordi to appear by phone or video. I have discussed this with my client, Kyle Emordi, and He has no objection to this request.

    Thank you for Your Honor's time and consideration to this matter.

Respectfully submitted,
John Burke
Attorney for Kyle Emordi

---

*Handwritten endorsement:*

Application for remote appearance granted.
Remote proceeding is scheduled for 10:30 a.m. on 1/10/24.

SO ORDERED:
Date: 12-28-23

*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.