UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                           Government,       :        23 CR. 265 (RMB)
                                                  :
              - against -                        :        **ORDER**
                                                  :
KEITH EMORDI, KYLE EMORDI,                        :
AMADOU TIDIANE BA,                                :
MOHAMED NABIL ELIKPLIM AKINOTCHO,                 :
                         Defendant(s).     :
---------------------------------------------------------------x

      The status conference is scheduled for Wednesday, January 10, 2024 at 10:30 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 382 035 792#

Dated: January 3, 2024
       New York, NY

                                                            */s/ Richard M. Berman*
                                                    **RICHARD M. BERMAN**
                                                           **U.S.D.J.**