# JOHN M. BURKE

Attorney at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/24

26 Court Street - Suite 2103
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y 10007

March 5, 2104

Re: United States v. Kyle Emordi
23-CR-265 (RMB)

Dear Judge Berman:

I am writing on behalf of my client Kyle Emordi to request that my client be permitted to appear remotely by video or phone for the status conference scheduled for March 12, 2024. He is willing to waive his physical appearance for that date. My client is 26 years old, works full time and lives in Houston Texas.

I have notified the Government of this request. Thank you for your time and consideration in this matter.

/S/
John Burke Attorney for Kyle Emordi

---

Application granted for remote appearance.

SO ORDERED:
Date: 3/5/24

Richard M. Berman
Richard M. Berman, U.S.D.J.