**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                              :
                                                                            :
                        Government,        :        23 CR. 265 (RMB)
                                                                            :
            - against -                             :        **ORDER**
                                                                            :
KEITH EMORDI, KYLE EMORDI,              :
AMADOU TIDANE BA,                              :
MOHAMED NABIL ELIKPLIM AKINOTCHO,  :
                       Defendant(s).         :
-----------------------------------------------------------------x

The status conference is scheduled for Tuesday, March 12, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 382 035 792#

Dated: March 7, 2024
       New York, NY

                                                      */s/ Richard M. Berman*
                                               **RICHARD M. BERMAN**
                                                   **U.S.D.J.**