UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,        :       23 CR. 265 (RMB)
                                         :
        - against -                   :       **ORDER**
                                         :
KYLE EMORDI,                             :
                                         :
                Defendant.         :
---------------------------------------------------------------x

The status conference is scheduled for Thursday, September 26, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 782 692 129#

Dated: September 18, 2024
       New York, NY

                                          *Richard M. Berman*
                                      **RICHARD M. BERMAN**
                                              **U.S.D.J.**