UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      **ORDER**

          -against-                                23 Cr 265 (RMB)

KYLE EMORDI,

                Defendant.
-------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 5, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, this Court has supplemented the allocution during a proceeding held on September 30, 2024,

WHEREAS, upon review of the transcript, and the Court's supplemental proceeding, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that KYLE EMORDI's guilty plea is accepted.

Dated: New York, New York
       September 30, 2024

                                                        **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/24