**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 265 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| KYLE EMORDI, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The sentencing scheduled for Wednesday, December 18, 2024 at 11:30 A.M. will take place in Courtroom 17B.

Dated: December 11, 2024
      New York, NY

                                        RICHARD M. BERMAN
                                              U.S.D.J.